UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEAN CHRISTOPHER CLEMMONS,  }
                            }
   Plaintiff,                }
                            }
v.                           }   Case No.: 2:14-cv-00885-RDP-SGC
                            }
UNITED STATES OF AMERICA,    }
                            }
   Defendant.                }

## MEMORANDUM OPINION

On January 27, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On February 10, 2017, Plaintiff filed a Motion (Doc. # 76) seeking additional time to file his objections. On February 13, 2017, the court granted Plaintiff's request in part, and required that he file any objections within fourteen days of the February 13, 2017 order. (Doc. # 77). Despite the extension granted, no objections have been filed by either party.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that Plaintiff's Motion for Summary Judgment (Doc. # 68) and Motion to Increase Damages (Doc. # 71) be denied, and that Defendant's Motion for Summary Judgment (Docs. # 63, 65) be granted in part and denied in part.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this March 7, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE